February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TRUDELL B. FOWLER AND EPHRAN D. BOYD, Appellants

NO. 14-11-00115-CV             V.

SHANNON L. LUND, Appellee

————————————

       This cause, an appeal from the judgment in favor of appellee, Shannon L. Lund, signed November 8, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellants, Trudell B. Fowler and Ephran D. Boyd, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.